UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT EARL THOMPSON,<br><br>Defendant. | Case No.: 2:23-cr-087-CDS-DJA<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For ROBERT EARL THOMPSON (ID # 02764038)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of ROBERT EARL THOMPSON, before the United States District Court at Las Vegas, Nevada, on or about __IA&AP Wed 5/3/23 2:30 pm., EJY 3__, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: April 25, 2023

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE