**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-00087-CDS-DJA |
| Plaintiff | **Final Order of Forfeiture** |
| v. | |
| ROBERT EARL THOMPSON, | |
| Defendant | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Robert Earl Thompson to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Robert Earl Thompson pled guilty. Preliminary Order of Forfeiture, ECF No. 35; Superseding Criminal Information, ECF No. 37; Plea Agreement, ECF No. 38; Change of Plea, ECF No. 39.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 19, 2024, through February 17, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 40-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 43.

On February 8, 2024, the United States Attorney's Office served and attempted to serve Scott Allen Johnson at 89121 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The certified mail was returned as unclaimed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 3, 6-16.

On February 8, 2024, the United States Attorney's Office served and attempted to serve Scott Allen Johnson at 89139 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The certified mail was returned as unclaimed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 3, 6-12, 17-19.

On February 8, 2024, the United States Attorney's Office served and attempted to serve Scott Allen Johnson at 89141 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The status of the certified mail is unknown as the post office has the mail listed as in transit since February 14, 2024. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 3, 6-12, 20-23.

On February 8, 2024, the United States Attorney's Office served and attempted to serve Scott Allen Johnson at 89178 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The certified mail was returned as unclaimed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 3, 6-12, 24-26.

On February 8, 2024, the United States Attorney's Office served and attempted to serve Kristopher Andrew Coovert at 89143 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. / / /

The regular mail was not returned. The certified mail was returned as unclaimed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 3, 6-12, 27-29.

On February 8, 2024, the United States Attorney's Office served Kristopher Andrew Coovert at 89131 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 4, 6-12, 30-31.

On February 8, 2024, the United States Attorney's Office served Kenneth Robert Brand with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 4, 6-12, 32-34.

On February 8, 2024, the United States Attorney's Office served The Estate of Kenneth Robert Brand with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 4, 6-12, 35-37.

On February 8, 2024, the United States Attorney's Office served and attempted to serve The Estate of Kenneth Robert Brand, c/o Jami Brand or DeJohn or Hilton, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The certified mail was returned as insufficient address and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 43-1, p. 4, 6-12, 38-40.

On March 7, 2024, Scott Allen Johnson filed a Petition for a Hearing to Adjudicate Forfeiture of Property under Seal, ECF No. 41.

On April 1, 2024, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to Scott Allen Johnson, and Order, ECF No. 44.

On April 4, 2024, the Court granted the Stipulation for Entry of Order of Forfeiture as to Scott Allen Johnson, ECF No. 45.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Glock 22 semiautomatic, .40 caliber, bearing serial number KCA596;
2. a SCCY CPX-2 9mm semiautomatic handgun bearing serial number 14D0312;
3. a Ruger LCP2, .380 caliber semiautomatic handgun bearing serial number 380639665; and
4. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Robert Earl Thompson; Scott Allen Johnson as to the SCCY CPX-2 and the Ruger LCP2 firearms; Kristopher Andrew Coovert; Kenneth Robert Brand; The Estate of Kenneth Robert Brand; The Estate of Kenneth Robert Brand, c/o Jami Brand or DeJohn or Hilton; and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law and the Stipulation.

Dated: April 8, 2024

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE